Lewis N. Stoddard, Bar Number 60723896
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for U.S. Bank National Association, as
Trustee, Successor in Interest to Bank of America
National Association, as Trustee, Successor by
Merger to LaSalle Bank National Association, as
Trustee for Structured Asset Investment Loan Trust
Mortgage Pass-Through Certificates, Series 2003-
BC11
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: ecfmail@hwmlawfirm.com
File No:  MT23263

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>NORMAN WAYNE PARMITER<br><br>           Debtor. | Bankruptcy Case No. 9:25-bk-90161-BPH<br>Chapter 13<br><br>**OBJECTION TO PLAN AND**<br>**MAILING CERTIFICATE** |

U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC11, (referred to herein as "Secured Creditor") holds a valid Note and lien against Debtor's residence and objects to the Chapter 13 Plan of Debtor as follows:

1. Although the Debtor treats Secured Creditor in the plan, the treatment amount is insufficient to cover the pre-petition arrearage amount of $8,765.78, as stated in Proof of Claim #6, filed on October 17, 2025.

2. The plan should provide that Secured Creditor's trust deed lien and other loan terms remain in effect and are not modified except as expressly provided in the plan.

DATED this 6th day of November, 2025.

 /s/ Lewis N. Stoddard
Lewis N. Stoddard
Attorney for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC11

## MAILING CERTIFICATE

The undersigned hereby certifies that true and correct copies of the foregoing Objection to Plan and Mailing Certificate were mailed by first class mail, postage prepaid, this 6th day of November, 2025, to each of the following:

Norman Wayne Parmiter
3521 North Ave West
Missoula, MT 59804
Debtor

United States Trustee
Via ECF

Edward A. Murphy
Via ECF
Debtor's Attorney

Robert G. Drummond
Via ECF
Chapter 13 Trustee


 */s/ Lewis N. Stoddard*