Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286
(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

-------------------------------------------------------------------------

In re         )
            )   Case No. 9:25-bk-90161-BPH
NORMAN WAYNE PARMITER,   )
            )
   Debtor.     )

-------------------------------------------------------------------------

**TRUSTEE'S OBJECTION TO CONFIRMATION OF AMENDED
CHAPTER 13 PLAN DATED JANUARY 20, 2025**

-------------------------------------------------------------------------

The Chapter 13 Standing Trustee objects to confirmation of the Chapter 13 Plan dated January 20, 2026, for the reason that the Debtor has failed to make all payments due under the proposed Plan as required by 11 U.S.C. § 1325(a)(2).

WHEREFORE, the Trustee prays:

1.  That confirmation of the Plan be denied.

2.  For such other and further relief as the Court deems appropriate.

DATED January 26, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829


By /s/ Robert G. Drummond
  Trustee

1