Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

-------------------------------------------------------------------------

In re                                           )
                                                )   Case No. 9:25-bk-90161-BPH
NORMAN WAYNE PARMITER,           )
                                                )
            Debtor.                       )

-------------------------------------------------------------------------

**NOTICE OF LATE FILED CLAIM; AND NOTICE OF
OPPORTUNITY FOR HEARING**

-------------------------------------------------------------------------

TO:    FINANCIAL PACIFIC LEASING, INC.

PROOF OF CLAIM NO.: 13

The undersigned Chapter 13 Standing Trustee provides this notice pursuant to Montana Local Bankruptcy Rule 3002-1 that the Proof of Claim you filed in the above-entitled case was filed late, after the expiration of the bar date for filing claims fixed by the Court in the "Notice of Commencement of Case" previously sent to all creditors and other parties in interest in this case.

Bar Date Fixed by Court: 11/4/2025

Date Proof of Claim Filed: 2/20/2026

1

DATED this 23rd day of February, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829


By /s/ Robert G. Drummond
Trustee


### NOTICE OF OPPORTUNITY TO RESPOND
### AND REQUEST A HEARING

**Because your Proof of Claim was filed late, Mont. LBR 3002-1 provides that such claim shall be deemed disallowed, without formal objection or hearing, unless you file a response and request a hearing within thirty (30) days of the date of this notice.**

**If you respond, then you shall notice the contested matter for hearing pursuant to Mont. LBR 9013-1 and shall schedule the hearing on the objection and response at least twenty-one (21) days after the date of the your response and request for hearing, and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date: _____**
**Time:_____**
**Location:_____**

**If you fail to file a written response to the objection to the late filed claim within thirty (30) days of the date of the notice, the failure to respond shall be deemed an admission that the objection should be sustained by the Court without further notice or hearing.**

DATED this 23rd day of February, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829


By /s/ Robert G. Drummond
Trustee


### CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that on the 23rd day of February, 2026, a copy of the foregoing NOTICE OF LATE FILED CLAIM; AND NOTICE OF OPPORTUNITY FOR HEARING was served by electronic means pursuant to LBR 9013-1(d)(2)

2

on the parties noted in the Court's ECF transmission facilities and/or by mail on the following

parties:

Financial Pacific Leasing, Inc.
3455 South 344th Way, Suite 300
Federal Way, WA 98001

/s/ Karen Prinzing
Karen Prinzing

3