Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins Ave., Ste. 310
Missoula, MT 59802
Phone: (406) 728-2671
Facsimile: (866) 705-2260
Email: rusty@murphylawoffices.net
Bar no.: 1108
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| In re | |
|---|---|
| TERRANCE ELLIS MURPHY and BETSY ANN MURPHY | Case No. 9:25-bk-90210-BPH |
| Debtors. | |

MOTION TO CONTINUE CONFIRMATION HEARING

Come now the Debtors and move the Court for an order continuing the confirmation hearing on their Chapter 13 Plan to April 9, 2026. IRS has filed a proof of claim indicating that the tax liability for the years ending within four years before the date of filing is estimated because no returns have been filed. The Debtors have filed returns and are waiting for IRS to file an amended claim showing their actual liability. The Debtors have filed an objection to the IRS proof of claim on the grounds that it is making an estimated claim for the four years in question. The Trustee does not object to this motion.

Dated: March 2, 2026.

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtors

2

CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on March 2, 2026, I served a true copy of the foregoing Motion to Continue Confirmation Hearing on the person and in the manner indicated below:

All persons on the ECF service list
Via ECF

    /s/Edward A. Murphy