Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins Ave., Ste. 310
Missoula, MT 59802
Phone: (406) 728-2671
Facsimile: (866) 705-2260
Email: rusty@murphylawoffices.net
Bar no.: 1108
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>NORMAN WAYNE PARMITER,<br><br>Debtor. | Case No. 9:25-bk-90161-BPH |

MOTION FOR CONTINUANCE OF CONFIRMATION HEARING

Come now the Debtor and moves the Court for an Order continuing the confirmation hearing in this case from March 5, 2026, to April 9, 2026. The Debtor, who is a contractor, is behind in payments but made a payment in February and is trying to get caught up. The Trustee has been consulted with respect to this motion and he does not object.

Dated: March 2, 2026

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 2, 2025, I served a true copy of the foregoing Motion to Extend Time to File Schedules and Plan on the person and in the manner indicated below:

All persons on the ECF service list
Via ECF

                                                       /s/Edward A. Murphy