UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**NORMAN WAYNE PARMITER,**

Debtor.

Case No. **9:25-bk-90161-BPH**

# ORDER

In this Chapter 13 bankruptcy, Debtor filed a "Motion for Continuance of Confirmation Hearing" on March 3, 2026, at ECF No. 62 ("Motion").[1] The Motion seeks an Order continuing the hearing on confirmation of Debtor's Chapter 13 Plan (ECF No. 52) ("Plan"), currently scheduled for March 5, 2025. The Motion represents that the Trustee does not object to continuance. This is the third motion to continue confirmation. Upon review of the Motion,

IT IS ORDERED that the Motion is granted. The hearing on confirmation is continued until **Thursday, April 9, 2026, at 09:00 a.m.**, or as soon thereafter as the parties can be heard, in the BANKRUPTCY COURTROOM, RUSSELL SMITH COURTHOUSE, 201 EAST BROADWAY, MISSOULA, MONTANA.

Dated March 3, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

---

[1] While Mont. LBR 5071-1(a) requires that a request for a continuance be filed three business days in advance, the Motion is an amended motion. The original motion was filed on March 2, 2026 (ECF No. 60). Accordingly, this Court will treat the Motion as if it were filed on March 2, 2026.

1