Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
State Bar I.D. Number 2286
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re | ) | |
| | ) | No. 9:25-bk-90161-BPH |
| NORMAN WAYNE PARMITER, | ) | |
| | ) | |
| Debtor. | ) | |

-------------------------------------------------------------------------

**TRUSTEE'S WITNESS LIST**

-------------------------------------------------------------------------

The Chapter 13 Standing Trustee designates the following witness to testify at the hearing scheduled for April 9, 2026, at 9:00 a.m. in Missoula, Montana:

1.      Norman Wayne Parmiter

2.      Any witnesses called by the debtor.

3.      Any rebuttal witness.

DATED April 3, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, MT  59403


By /s/ Robert G. Drummond
   Trustee

1

# CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing **TRUSTEE'S WITNESS LIST** was mailed on April 3, 2026, at Great Falls, Montana, and directed to the following:

Norman Parmiter
3521 North Avenue West
Missoula, Mt 59804


/s/ Tiffany Floerchinger
Tiffany Floerchinger

2