Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins Ave., Ste. 310
Missoula, MT 59802
Phone: (406) 728-2671
Facsimile: (866) 705-2260
Email: rusty@murphylawoffices.net
Bar no.: 1108
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re | Case No. 9:25-bk-90161 |
| NORMAN WAYNE PARMITER, | |
| Debtor. | |

MOTION TO CONTINUE HEARING

Comes now the Debtor and moves the Court for an Order continuing the confirmation hearing scheduled for April 9, 2026, to May 14, 2026.

Currently Debtor's payments are due on the 26th of each month. As of March 26, 2026, the Debtor has paid the Trustee $22,030.68, and is sending the Trustee an additional $5,000 today. The amount due on the current proposed plan as of March 26, 2026 is $29,617.12. The Debtor made a payment of $5,000 on February 6, 2026, and $4,500 on March 20, 2026. When this week's payment is received by the Trustee the Debtor will be $2,586.44 behind.

The Debtor will propose an amended plan which will pay the $2,586.44 over the remaining life of the plan. Further, the amended plan will move the due date for payments to the 12th of each month as that is a better fit for the Debtor's budget. The payment that is due on April 26, 2026, will be moved to May 12, 2026, and payments will be due monthly on the 12th

thereafter until all 60 payments are made.

The Trustee has been consulted with respect to the motion to continue and does not

object. Debtor requests that the deadline for filing the amended plan be set for April 16, 2026.

Dated: April 6, 2026

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 6, 2026, I served a true copy of the foregoing Motion to Continue Hearing on the person and in the manner indicated below:

All persons on the ECF service list
Via ECF

/s/Edward A. Murphy