**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

In re

**NORMAN WAYNE PARMITER,**                    Case No. **9:25-bk-90161-BPH**

                      Debtor.

## ORDER

In this Chapter 13 bankruptcy, Debtor filed a "Motion for Continuance of Confirmation Hearing" on April 6, 2026, at ECF No. 68 ("Motion"). The Motion seeks an Order continuing the hearing on confirmation of Debtor's Chapter 13 Plan (ECF No. 52) ("Plan"), currently scheduled for April 9, 2026.  The Motion explains that Trustee does not object to continuation of the hearing.  The Motion indicates that Debtor anticipates filing an amended plan ("Amended Plan"). This is the fourth motion to continue confirmation.

This case was filed August 26, 2025. To date, no plan has been confirmed. Having failed to confirm a plan in the preceding 224 days, this Court harbors doubts regarding Debtor's ability to a confirm and complete a plan. During this period, Debtor has paid the Chapter 13 Trustee approximately $27,000. Scrutiny of the docket shows a litany of filings that reflect the Trustee and Court have afforded Debtor every opportunity to succeed. Despite this, Debtor has been unable to confirm a plan because he has been behind on payments.

Denial of confirmation of an original plan, followed by an opportunity to file an amended plan and a further denial of confirmation may be grounds to dismiss or convert a case when the court refuses to grant additional time to file a further amended plan.[1] To date, Debtor has filed two plans, neither of which was confirmable. Generally, this Court has been willing to entertain up to three opportunities to initially confirm a plan and it will do so here. However, when a debtor is unable to confirm a plan after three attempts, the Court begins to question the utility of additional efforts to do so. In this case, neither the Trustee nor the creditors have objected to the continuance. Debtor will be afforded a third opportunity to confirm a plan. Upon review of the Motion,

IT IS ORDERED that the Motion is granted. Debtor shall file an Amended Plan or otherwise resolve the objections to the Plan on or before **April 16, 2026.**  Any objections to the Amended Plan shall be filed on or before **April 23, 2026**. The hearing on confirmation and conversion is continued until **May 14, 2026, at 09:00 a.m.**, or as soon thereafter as the parties can be heard, in the BANKRUPTCY COURTROOM, RUSSELL SMITH COURTHOUSE, 201 EAST BROADWAY, MISSOULA, MONTANA.

---

[1]11 U.S.C. § 1307(c)(5); *In re Thomason*, 642 B.R. 8, 20 (Bankr. D. Idaho 2022).

1

IT IS FURTHER ORDERED that, pursuant to Fed. R. Bankr. P. 3015(d) and Mont. LBR 2002-1(b), Debtor shall serve copies of the Amended Chapter 13 Plan and copies of this Order on all creditors and other parties in interest on or before **April 16, 2026**, and file a certification of service listing the names and addresses of all parties who were served on or before **April 20, 2026**.

Dated April 7, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

2