In re

**NORMAN WAYNE PARMITER,**

Case No. **9:25-bk-90161-BPH**

Debtor.

## MOTION EXTENDING DEADLINE TO FILE PLAN

Comes now the Debtor and moves the Court for an Order extending the deadline for filing an Amended Chapter 13 Plan in this case to Monday, April 20, 2026, and the deadline for submitting any objection to the Plan to Monday April 27, 2026.

Dated:   April 16, 2026

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 16, 2026, I served a true copy of the foregoing Motion Extending Deadline to File Plan on the person and in the manner indicated below:

All persons on the ECF service list
Via ECF

/s/Edward A. Murphy