# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

In re

**NORMAN WAYNE PARMITER,**

Case No. **9:25-bk-90161-BPH**

Debtor.

## ORDER

In this Chapter 13 bankruptcy, Debtor filed a "Motion Extending Deadline to File Plan" on April 16, 2026, at ECF No. 71 ("Motion"). The Motion requests that this Court extend the deadline for Debtor to file his amended plan and the time for filing objections to the plan. Pursuant to Fed. R. Civ. P. 9006(b) and Mont. LBR 3015-2(a), this Court may extend the time to act, including the time to file an amended plan. Accordingly,

IT IS ORDERED that the Motion is granted.[1] Debtor shall file an Amended Plan or otherwise resolve the objections to the Plan on or before **April 30, 2026.** Any objections to the Amended Plan shall be filed on or before **May 7, 2026**. The hearing on confirmation is continued until **May 14, 2026, at 09:00 a.m.**, or as soon thereafter as the parties can be heard, in the BANKRUPTCY COURTROOM, RUSSELL SMITH COURTHOUSE, 201 EAST BROADWAY, MISSOULA, MONTANA.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Bankr. P. 3015(d) and Mont. LBR 2002-1(b), Debtor shall serve copies of the Amended Chapter 13 Plan and copies of this Order on all creditors and other parties in interest on or before **April 30, 2026**, and file a certification of service listing the names and addresses of all parties who were served on or before **May 4, 2026**.

Dated April 17, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

---

[1] While Debtor has only requested an extension until April 20, 2026, this Court is inclined to grant Debtor a longer extension that aligns with the typical schedule for the amendment of plans. Mont. LBR 3015-2(a) allows a Debtor to file a plan no later than 14 days before the Court's next regularly scheduled hearing date in the division. Objections can be filed seven days before that date. In the Debtor's initial notice of intent to amend plan, he requested only ten days to file an amended plan. ECF No. 68. While this Court applauds efforts to efficiently resolve issues with creditors, it strikes this Court as more efficient to request a longer deadline to avoid the need for extensions.