Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins Ave., Ste. 310
Missoula, MT 59802
Phone: (406) 728-2671
Facsimile: (866) 705-2260
Email:  rusty@murphylawoffices.net
Bar no.: 1108
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>NORMAN WAYNE PARMITER,<br><br>    Debtor. | Case No.  9:25-bk-90161-BPH<br>**Notice of Hearing**<br>**Date:  May 14, 2026**<br>**Time:  9:00 a.m.**<br>**Place:  Russell Smith Courthouse**<br>    **Missoula, Montana** |

OBJECTION TO MOTION TO DISMISS

Comes now the Debtor and objects to the Motion to Dismiss, ECF No. 66, filed by the

Trustee on April 3, 2026.  Debtor will be proposing an Amended Plan that will address the

missed payments that are the subject of the Trustee's motion.

Dated:  April 17, 2026

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 17, 2026, I served a true copy of the foregoing Objection to Motion to Dismiss on the person and in the manner indicated below:

Robert Drummond
Via ECF

           /s/Edward A. Murphy