Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
I. D. Number 2286
Trustee@MTChapter13.com
(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
--------------------------------------------------------------------------

In re                                    )
                                         )        No. 9:25-bk-90161-BPH
NORMAN WAYNE PARMITER,                    )
                                         )
            Debtor.                       )

-----------------------------------------------------------------------------------------------

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
THIRD AMENDED CHAPTER 13 PLAN DATED APRIL 30, 2026**

-----------------------------------------------------------------------------------------------

The Chapter 13 Standing Trustee objects to confirmation of the Chapter 13 Plan dated

April 30, 2026, for the reason that the Debtor has failed to comply with the duties as they appear

at 11 U.S.C. § 521 by his failure to turnover Federal and State tax returns to the Trustee. Thus,

the Debtors' Plan fails to meet the requirements for confirmation appearing at 11 U.S.C. §

1325(a)(1).

WHEREFORE, the Trustee prays:

1.      That confirmation of the Plan be denied.

2.      For such other and further relief as the Court deems appropriate.

DATED May 1, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829


By /s/ Robert G. Drummond
   Trustee

1