Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286
(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

-------------------------------------------------------------------------

In re                                              )
                                                   )     Case No. 9:25-bk-90161-BPH
NORMAN WAYNE PARMITER,                             )
                                                   )
            Debtor.                                )

-------------------------------------------------------------------------

**TRUSTEE'S NOTICE OF WITHDRAWAL OF OBJECTION AND
CONSENT TO CONFIRMATION OF CHAPTER 13 PLAN**

-------------------------------------------------------------------------

Robert G. Drummond, Chapter 13 Standing Trustee, withdraws his objection to confirmation of Chapter 13 Plan filed May 1, 2026, and listed at ECF No. 77.

Additionally, the Chapter 13 Standing Trustee respectfully reports to the Court that he has reviewed the Chapter 13 Plan dated April 30, 2026, filed by the above-named Debtor and he believes such Plan complies with the provisions of 11 U.S.C. §1301, *et seq.*, and the other applicable provisions of the Bankruptcy Code.  The Plan has been proposed in good faith and not by any means prohibited by law.  The Plan represents the best efforts of the Debtor and the Debtor appears to be able to make the payments provided for in the Plan and to otherwise comply with the Plan.

WHEREFORE, the undersigned consents to confirmation of the Chapter 13 Plan dated April 30, 20262, and recommends that the same be confirmed.

DATED May 11, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829


By /s/ Robert G. Drummond
  Trustee

1
