Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286

(Trustee)

<center>UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA</center>

-------------------------------------------------------------------------

In re                                    )
                                         )   Case No. 9:25-k-90161-BPH
NORMAN WAYNE PARMITER,                   )
                                         )
          Debtor.                        )

-------------------------------------------------------------------------

**MOTION OF TRUSTEE TO DISMISS, AND NOTICE**

-------------------------------------------------------------------------

Pursuant to 11 U.S.C. § 1307(c), the undersigned respectfully moves the Court to dismiss the above-entitled case.  The grounds for this motion are as follows:

The Debtor is in arrears in his monthly payments, having made a Plan payment with a check which was returned for insufficient funds. The Debtor is in arrears for all Plan payments due subsequent to April 2026. The Debtor is therefore $2,537.04 in arrears. Cause exists for dismissal under 11 U.S.C. § 1307 because of the Debtor's failure to make payments as provided in the Plan.

DATED June 17, 2026.

<div style="margin-left:50%">

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, MT  59403-1829


By /s/ Robert G. Drummond
   Trustee

</div>

<center>1</center>

<div align="center">

**NOTICE OF OPPORTUNITY TO RESPOND**
**AND REQUEST A HEARING**

</div>

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

<div align="center">

**NOTICE OF HEARING**
**Date: _____**
**Time: _____**
**Location: _____**

</div>

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED June 17, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829

By /s/ Robert G. Drummond
    Trustee

<div align="center">

**CERTIFICATE OF MAILING**

</div>

I, the undersigned, do hereby certify under penalty of perjury that on June 17, 2026, a copy of the foregoing **MOTION OF TRUSTEE TO DISMISS, AND NOTICE** was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

Norman W. Parmiter
3521 North Avenue West
Missoula, MT 59804

/s/ Tiffany Floerchinger
Tiffany Floerchinger

<div align="center">

2

</div>