Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
State Bar I. D. Number 2286
Trustee@MTChapter13.com
(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

-------------------------------------------------------------------------

In re                                          )
                                               )          No. 9:25-bk-90161-BPH
NORMAN WAYNE PARMITER,                          )
                                               )
                Debtor.                        )

-------------------------------------------------------------------------

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS**

-------------------------------------------------------------------------

The Chapter 13 Standing Trustee withdraws his Motion to Dismiss, listed as Docket No. 83, in the above-entitled matter.

DATED June 29, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829

By /s/ Robert G. Drummond
     Trustee

**CERTIFICATE OF MAILING**

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing **TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS** was sent by first class mail postage prepaid on June 29, 2026, at Great Falls, Montana, and directed to the following:

Norman W. Parmiter
3521 North Avenue West
Missoula, MT 59804

/s/ Tiffany Floerchinger
Tiffany Floerchinger

1
