Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 9:25-bk-90161-BPH |
| NORMAN WAYNE PARMITER, | ) | |
| | ) | |
| Debtor. | ) | |

---

**MOTION OF TRUSTEE TO DISMISS, AND NOTICE**

---

Pursuant to 11 U.S.C. § 1307(c), the undersigned respectfully moves the Court to dismiss the above-entitled case. The grounds for this motion are as follows:

The Debtor is delinquent in his Plan payments. The Debtor's last payment, made on September 17, 2026, went to satisfy the July 2026 payment required by his Plan. The Debtor is in arrears for all Plan payments due subsequent to July 2026. Cause exists for dismissal under 11 U.S.C. § 1307(c)(6) for a material default under the terms of a confirmed Plan.

DATED October 1, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, MT  59403-1829

By /s/ Robert G. Drummond
Trustee

**NOTICE OF OPPORTUNITY TO RESPOND**
**AND REQUEST A HEARING**

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date: __________________**
**Time:__________________**
**Location:_________________**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED October 1, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829

By /s/ Robert G. Drummond
Trustee

**CERTIFICATE OF MAILING**

I, the undersigned, do hereby certify under penalty of perjury that on October 1, 2026, a copy of the foregoing **MOTION OF TRUSTEE TO DISMISS, AND NOTICE** was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

Norman Parmiter
3521 North Avenue West
Missoula, Mt 59804

/s/ Tiffany Floerchinger
Tiffany Floerchinger