Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins Ave., Ste. 310
Missoula, MT 59802
Phone: (406) 728-2671
Facsimile: (866) 705-2260
Email: rusty@murphylawoffices.net
Bar no.: 1108
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>NORMAN WAYNE PARMITER,<br><br>Debtor. | Case No. 9:25-bk-90161-BPH |

MOTION TO MODIFY PLAN

Pursuant to 11 U.S.C. § 1329(a) which allows modification of a confirmed Chapter 13 Plan, the Debtor moves the Court for an Order modifying the Plan confirmed by this court on May 12, 2026, at Docket No. 80. The modified Plan dated October 30, 2026, is filed contemporaneously with this motion.

This modified Plan is based upon the following change in circumstance:

The modification changes the due date of the Debtor's payments and pays the delinquency over the remaining months of the plan.

This modified Plan changes the confirmed Plan by: Section 1 contains language increasing future monthly payments to $4,706.00 commencing with the payment due in October, 2026. That payment will be due on November 12, 2026 purusnat to the last paragraph in section 11 of the Plan

WHEREFORE, the Debtor prays:

1. That the Debtor's Plan be modified.

2. For such other and further relief as the Court deems appropriate

Dated: October 30, 2026.

By /s/Edward A. Murphy
Attorney for Debtor

**NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING**

**If you object to the motion, you must file a written responsive pleading and request a hearing within twenty-one (21) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date: ____________________**
**Time:____________________**
**Location:________________**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

Dated: October 30, 2026

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtor