Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins Ave., Ste. 310
Missoula, MT 59802
Phone: (406) 728-2671
Facsimile: (866) 705-2260
Email: rusty@murphylawoffices.net
Bar no.: 1108
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>NORMAN WAYNE PARMITER,<br><br>Debtor. | Case No. 9:25-bk-90161-BPH |

MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

Comes now the Debtor and moves the Court for an Order continuing the hearing on the Trustee's Motion to Dismiss, ECF No. 90, from November 5, 2026, to December 10, 2026. The Debtor filed a motion to modify the plan to cure an arrearage. The Trustee has advised that the proposed modification does not fully cure the arrearage and further seeks a clarification of the lack of an effect of the modification on the duty to sell or refinance the Debtor's residence by May, 2027. The Debtor intends to file another modified plan to address the Trustee's concerns. Debtor proposes a deadline of November 12, 2026, for filing the proposed modified plan. The Trustee does not object to this motion.

Dated: November 2, 2026

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 2, 2026, I served a true copy of the foregoing Motion to Continue Hearing on Motion to Dismiss on the person and in the manner indicated below:

All persons on the ECF service list
Via ECF

/s/Edward A. Murphy