**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>**NORMAN WAYNE PARMITER,**<br><br>Debtor. | Case No. **9:25-bk-90161-BPH** |

## ORDER

In this Chapter 13 bankruptcy, Debtor filed a "Motion to Continue Hearing on Motion to Dismiss" on November 2, 2026, at ECF No. 95 ("Motion"). The Motion seeks an Order continuing the hearing on Trustee's Motion to Dismiss (ECF No. 90) and Debtor's Objection (ECF No. 91), currently set for November 5, 2026, in the Missoula Courthouse. The Motion explains that Debtor is working with the Trustee to cure an arrearage and resolve outstanding issues with a modified plan. Debtor anticipates filing an amended plan ("Amended Plan"), and additional time is required to do so. This is the first motion to continue this matter. The Motion is unopposed by the Trustee. Upon review of the Motion,

IT IS ORDERED that the Motion is granted. Debtor shall file an Amended Plan on or before **November 12, 2026.** Any objections to the Amended Plan shall be filed on or before **November 19, 2026.** The hearing on Trustee's Motion to Dismiss is continued until **December 10, 2026, at 9:30 a.m.,** or as soon thereafter as the parties can be heard, in the BANKRUPTCY COURTROOM, RUSSELL SMITH COURTHOUSE, 201 EAST BROADWAY, MISSOULA, MONTANA.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Bankr. P. 3015(d) and Mont. LBR 2002-1(b), Debtor shall serve copies of the Amended Plan and copies of this Order on all creditors and other parties in interest on or before **November 12, 2026,** and file a certification of service listing the names and addresses of all parties who were served on or before **November 14, 2025.**

Dated November 2, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana