Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | |
|---|---|
| In re<br><br>NORMAN WAYNE PARMITER,<br><br>Debtor. | Case No. 9:25-bk-90161-BPH |

---

**MOTION OF TRUSTEE TO DISMISS, AND NOTICE**

---

Pursuant to 11 U.S.C. § 1307(c), the undersigned respectfully moves the Court to dismiss the above-entitled case. The grounds for this motion are as follows:

The Debtor has failed to turn over copies of his 2025 tax returns as required by 11 U.S.C. § 521(f)(4)(B) and Mont. L.B.R. 3015-3. Additionally, the Debtor has failed to comply with the Trustee's directive as required by 11 U.S.C. § 521(a)(4) directing him to turn over copies of his tax returns.

DATED this 18th day of November, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829

By /s/ Robert G. Drummond
Trustee

## NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date:________________**
**Time:________________**
**Location:_____________**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 18th day of November, 2026.

Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829

By /s/ Robert G. Drummond
Trustee

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that on the 18th day of November, 2026, a copy of the foregoing MOTION OF TRUSTEE TO DISMISS, AND NOTICE was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

Norman W. Parmiter
3521 North Avenue West
Missoula, MT 59804

/s/ Karen Prinzing
Karen Prinzing